IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

CHRIS OLSEN                                                              PLAINTIFF

V.                              NO. 4:06CV01620 JMM

TOM HINRICHS                                                          DEFENDANT

## ORDER

After consideration of the motion to admit counsel William N. Pabarcus *pro hac vice*, and it appearing to the Court that Mr. Pabarcus meets the admission requirements to appear in this Court and for good cause shown;

IT IS HEREBY ORDERED that said motion should be, and hereby is, GRANTED.

SIGNED this 29th day of December, 2006.

　　　　　　　　　　　　　　　　　　　　＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿
　　　　　　　　　　　　　　　　　　　　James M. Moody
　　　　　　　　　　　　　　　　　　　　United States District Judge