IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | | |
|---|---|---|
| CHRIS OLSEN | | PLAINTIFF |
| VS. | NO. 4:06CV01620JMM | |
| TOM HINRICHS | | DEFENDANT |
| TOM HINRICHS | | COUNTER-CLAIMANT |
| VS. | | |
| CHRIS OLSEN | | COUNTER-DEFENDANT |
| TOM HINRICHS | | THIRD PARTY PLAINTIFF |
| VS. | | |
| ANDREW ADKINS and ANNETTE QUECK | | THIRD PARTY DEFENDANTS |

**PROTECTIVE ORDER PURSUANT TO STIPULATION AND AGREEMENT**

On this, the __2__ day of __April__, 2007, the Court reviewed the stipulation and agreement for a Protective Order, and makes the following Orders:

Hereinafter, "Plaintiff" refers to Chris Olsen; "Defendant" refers to Tom Hinrichs, in each capacity as defendant, and as counterclaimant.

1. Confidential Information, as later defined herein, and obtained by the Defendant from the Plaintiff in this action, shall be used only for the purpose of this litigation and for no other purpose whatsoever, and shall not be given, shown, made available or communicated in any way to anyone except Qualified Persons, as herein defined.

2. Confidential Information shall be deemed to include, without limitation:

(a) social security numbers, dates of birth, financial information, salary history, and information and other matters now requested or hereinafter requested by the Defendant, from the Plaintiff and such other information as may be deemed by this Court to be relevant or material herein.

(b) Any information concerning such as set forth in 2(a) herein above as maybe, from time to time, produced by the Plaintiff to the Defendant herein and declared by the Plaintiff at the time of production to be "Confidential Information" and subject to this Order, such designation to be in writing and may be by letter of transmittal to the counsel for Defendant.

3. Except with the prior written consent of the Plaintiff, or pursuant to further Order of this Court on motion with notice to the Plaintiff, no Confidential Information may be disclosed to any person other than "Qualified Persons" who shall be defined to include the Defendant, any future counsel of record for the Defendant in this action, and secretaries, para-professional assistants, experts and other employees of such counsel who would be actively engaged in assisting counsel in connection with this action, court personnel, witnesses at trial or deposition, and the jury.

4. Upon delivery of Confidential Information to the Defendant's counsel herein, the Plaintiff (or Plaintiff's counsel) shall execute and submit to the Defendant's counsel a document entitled "Inventory of Confidential Documents Delivered".

5. This Order, insofar as it restricts the communication in any way and use of Confidential Information, shall continue to be binding through and after the conclusion of this litigation. Three years following the conclusion of this action, including all appeals:

(a) Defendant and Defendant's counsel shall destroy all confidential information, including, correspondence, memoranda, notes or any other documents embodying such information, in whole or in part.

(b) Counsel and all Qualified Persons are enjoined from disclosing in any manner any Confidential Information obtained during the course of this proceeding. Severe sanctions will attach to any person who discloses such in violation of this provision.

6. Nothing in this Order shall prevent any party from seeking modification of this Order at any time as to specific matters designated "Confidential Information" to remove such from the application of this Order.

7. Such Confidential Information as may be required to be filed with the Court and with the Clerk of this Court shall be filed under seal. Only the Court, Court personnel, and counsel for the parties shall have access to the sealed record in this proceeding until further Order of this Court.

IT IS HEREBY ORDERED.

_____
United States District Judge

APPROVED AS TO FORM:

_____
Raymond Harrill, Ark. Bar No. 74070
HARRILL & SUTTER, P.L.L.C.
Attorneys at Law
Post Office Box 26321
310 Natural Resources Drive
Little Rock, Arkansas 72221
501/224-1050 FAX 501/223-9136
Attorneys for Plaintiff

_____
P. Delanna Padilla
Wright Lindsey & Jennings, LLP
Attorney for Defendant
200 West Capitol Avenue Suite 2300
Little Rock, AR 72201-3699

_____
William Parbarcus
Donald Holben & Associates
Attorney for Defendant
5030 Camino de la Siesta, Suite 350
San Diego, CA 92108