# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

CHRIS OLSEN                                                                                           PLAINTIFF

V.                                      NO. 4:06CV01620 JMM

TOM HINRICHS                                                                                       DEFENDANT

## ORDER

After consideration of the motion to admit counsel Donald R. Holben *pro hac vice*, and it appearing to the Court that Mr. Holben meets the admission requirements to appear in this Court and for good cause shown;

IT IS HEREBY ORDERED that said motion, docket #59, should be, and hereby is, GRANTED.

SIGNED this 4th day of April, 2007.

                                                                James M. Moody
                                                                United States District Judge