**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

CHRIS OLSEN                                                      PLAINTIFF

V.                                 NO. 4:06CV01620 JMM
TOM HINRICHS                                                DEFENDANT

TOM HINRICHS                                                COUNTER
                                                                       CLAIMANT
V.
CHRIS OLSEN                                                  COUNTER
                                                                       DEFENDANT

TOM HINRICHS                                                THIRD-PARTY
                                                                       PLAINTIFF
V.
ANDREW ADKINS AND
ANNETE QUECK                                                THIRD-PARTY
                                                                       DEFENDANTS

<u>ORDER</u>

Pending is Defendant/Third Party Plaintiff, Tom Hinrichs' ("Hinrichs") motion for production and inspection of Plaintiff/Counter Defendant, Chris Olsen's ("Olsen") computer system and for an award of reasonable attorney's fees, costs and sanctions. (Docket # 111). Olsen has responded. Olsen is directed to provide to Hinrichs a copy of his "QuickBooks" program and its data and information. The copy may be produced by an expert chosen by Olsen. The cost of the copy and production will be paid by Hinrichs. Hinrich's motion for attorney's fees, costs and sanctions is denied.

Wherefore, the motion is granted in part and denied in part as stated herein.

IT IS SO ORDERED this 17th day of July, 2007.

James M. Moody
United States District Judge