**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

| | |
|---|---|
| CHRIS OLSEN | PLAINTIFF |
| V.      NO. 4:06CV01620 JMM | |
| TOM HINRICHS | DEFENDANT |
| TOM HINRICHS | COUNTER CLAIMANT |
| V. | |
| CHRIS OLSEN | COUNTER DEFENDANT |
| TOM HINRICHS | THIRD-PARTY PLAINTIFF |
| V. | |
| ANDREW ADKINS AND ANNETE QUECK | THIRD-PARTY DEFENDANTS |

## ORDER

After consideration of the motion to admit counsel Russell L. Bolin *pro hac vice*, and it appearing to the Court that Mr. Bolin meets the admission requirements to appear in this Court and for good cause shown;

IT IS HEREBY ORDERED that said motion, docket #170, should be, and hereby is, GRANTED.

SIGNED this 5th day of November, 2007.

_____
James M. Moody
United States District Judge