# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

| | |
|---|---|
| CHRIS OLSEN | PLAINTIFF |
| V. NO. 4:06CV01620 JMM | |
| TOM HINRICHS | DEFENDANT |
| TOM HINRICHS | COUNTER CLAIMANT |
| V. | |
| CHRIS OLSEN | COUNTER DEFENDANT |
| TOM HINRICHS | THIRD-PARTY PLAINTIFF |
| V. | |
| ANDREW ADKINS AND ANNETE QUECK | THIRD-PARTY DEFENDANTS |

## **ORDER**

The above styled case is hereby referred to Magistrate Judge J. Thomas Ray to conduct a settlement conference on December 10, 2007. A separate order will be issued by Judge Ray setting forth the details of the conference.

IT IS SO ORDERED this 19th day of November, 2007.

_____
James M. Moody
United States District Judge