## IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSAS
### WESTERN DIVISION

CHRIS OLSEN                                                                    PLAINTIFF

vs.                              CASE NO.  4:06cv01620 JMM

TOM HINRICHS                                                                   DEFENDANT

### ORDER OF DISMISSAL

Having been notified that a settlement has been reached in this matter following a settlement conference before Magistrate Judge J. Thomas Ray the Court finds that this case should be dismissed.

The complaint and all claims in this action are hereby dismissed with prejudice. All pending motions are deemed moot.   The jury trial scheduled February 4, 2008, is canceled.

The Court retains complete jurisdiction for 250 days to vacate this order and to reopen the action if it is satisfactorily shown that settlement has not been completed and further litigation is necessary.

IT IS SO ORDERED this 11th day of December, 2007.

_____
UNITED STATES DISTRICT JUDGE